
FILED
FEB 2 1 2013
Clerk, U.S. District Court
District Of Montana
Helena

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF MONTANA

# GREAT FALLS DIVISION

| | |
|---|---|
| KELLY J. ENGELHARDT,<br><br>                Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner, Social Security<br>Administration,<br><br>                Defendant. | No. CV-12-33-GF-SEH<br><br>ORDER |

United States Magistrate Judge Keith Strong entered his Findings and Recommendations[1] on February 5, 2013. Plaintiff filed objections on February 13, 2013. The Court reviews *de novo* findings and recommendations to which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's Findings and Recommendations and adopt them in full.

---

[1] Document No. 22

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. This case is DISMISSED with prejudice.

4. The Clerk is directed to enter judgment accordingly.

DATED this 21st day of February, 2013.

*/s/ Sam E. Haddon*
SAM E. HADDON
United States District Judge

---

[2] Document No. 15

[3] Document No. 18

2