# FILED

**FEB 2 1 2013**

Clerk, U.S. District Court
District Of Montana
Helena



# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF MONTANA

## GREAT FALLS DIVISION

KELLY J. ENGELHARDT,

Plaintiff,

No. CV-12-33-GF-SEH

vs.

**ORDER**

MICHAEL J. ASTRUE,
Commissioner, Social Security
Administration,

Defendant.

United States Magistrate Judge Keith Strong entered his Findings and

Recommendations[1] on February 5, 2013. Plaintiff filed objections on

February 13, 2013. The Court reviews *de novo* findings and recommendations to

which objection is made. 28 U.S.C. § 636(b)(1).

Upon *de novo* review of the record, I find no error in Judge Strong's

Findings and Recommendations and adopt them in full.

---

[1] Document No. 22

ORDERED:

1. Plaintiff's Motion for Summary Judgment[2] is DENIED.

2. Defendant's Motion for Summary Judgment[3] is GRANTED.

3. This case is DISMISSED with prejudice.

4. The Clerk is directed to enter judgment accordingly.

DATED this $\underline{21}^{\underline{st}}$ day of February, 2013.

SAM E. HADDON
United States District Judge

---

[2] Document No. 15

[3] Document No. 18

2